UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. GORDON, Receiver
for LEGISI MARKETING, INC., GREGORY
N. MCKNIGHT, and LEGISI HOLDINGS, LLC,

      Plaintiff,                        Case No. 12-cv-11644
                                              HON. GEORGE CARAM STEEH

vs.

ALAN GODDARD, *et al.*,

      Defendants.
_____/

## ORDER

The court having heard argument this date on the parties' pending motions and for the reasons stated on the record,

Defendants' motion to dismiss [#18] is GRANTED.

Plaintiff's motion for preliminary injunction [#4] is MOOT.

Defendants' motion for sanctions [#20] is DENIED without prejudice.

This cause of action is dismissed without prejudice.

SO ORDERED.

Dated: June 19, 2012

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 19, 2012 by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk